UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Jack L. Stoneburner             :          Case #: 05-71678

                                        :          Chapter 13

                                        :          Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 18, 2010                /s/ Frank M. Pees
                                        Frank M. Pees
                                        Chapter 13 Trustee


Name and Address                        Amount
Providian National Bank                 $311.70
PO Box 660763
Dallas, TX  75266